UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MAXIMILIANO FARIAS-MARTINEZ,<br><br>Defendant. | No. 1:17-cr-00159 DAD-BAM<br><br>STIPULATION AND ORDER |

Plaintiff United States of America, by and through its counsel of record, and defendants, by and through their counsel of record, hereby stipulate as follows:

1. The parties have agreed to a plea disposition in this matter and have filed a plea agreement. (Doc. 43).
2. The parties agree to vacate the trial confirmation date of November 13 and the trial date of November 27, 2018, and to set the matter for a change of plea on October 29, 2018, at 10 a.m. Counsel for the defendant is not available prior to that date for a change of plea.

////
////
////
////

1

IT IS SO STIPULATED.

DATED: October 17, 2018.   Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

/s/ Karen A. Escobar
KAREN A. ESCOBAR
Assistant United States Attorney

DATED: October 17, 2018.

/s/ Mark W. Coleman
MARK W. COLEMAN
Counsel for Maximiliano Farias-Martinez

**O R D E R**

Pursuant to the parties' stipulation, the above-entitled case will be set for a change of plea hearing before the Honorable Dale A. Drozd on October 29, 2018 at 10:00 a.m.

IT IS SO ORDERED.

Dated: **October 17, 2018**

UNITED STATES DISTRICT JUDGE

2