MARK W. COLEMAN #117306
NUTTALL COLEMAN & DRANDELL
2333 MERCED STREET
FRESNO, CALIFORNIA 93721
PHONE (559) 233-2900
FAX (559) 485-3852
mcoleman@nuttallcoleman.com

ATTORNEYS FOR Defendant,

MAXIMILIANO FARIAS-MARTINEZ

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MAXIMILIANO FARIAS-MARTINEZ,<br><br>Defendant. | Case No. 1:17-CR-000159-DAD<br><br>STIPULATION TO CONTINUE SENTENCING AND ORDER |

TO: THE UNITED STATES DISTRICT COURT; UNITED STATES ATTORNEY'S OFFICE and/or ITS REPRESENTATIVES:

IT IS HEREBY STIPULATED and agreed by and between attorneys for the respective clients that the Sentencing hearing currently on calendar for January 22, 2019, at 10:00 a.m., be continued to February 25, 2019, at 10:00 a.m., or as soon thereafter as is convenient to the court's calendar.

IT IS FURTHER STIPULATED that the deadlines for the Presentence schedule, including the filing informal and formal objections to the Pre-Sentence Investigation Report, shall be rescheduled in accordance with the local rules.

This continuance is requested by counsel for Defendant, MAXIMILIANO FARIAS-MARTINEZ, due to the fact that additional time is needed for counsel to meet with the Defendant to review the Presentence Investigation Report.

Counsel for Defendant has corresponded with Assistant U.S. Attorney, KAREN ESCOBAR, who has no objection to this continuance.

Dated: December 19, 2018.  Respectfully Submitted,

NUTTALL COLEMAN & DRANDELL

/s/ Mark W. Coleman

MARK W. COLEMAN
Attorney for Defendant,
MAXIMILIANO FARIAS-MARTINEZ

Dated: December 19, 2018.  UNITED STATES ATTORNEY'S OFFICE

/s/ Karen Escobar

KAREN ESCOBAR
Assistant U.S. Attorney

* * * * * * *

O R D E R

GOOD CAUSE APPEARING, **IT IS HEREBY ORDERED** that the sentencing hearing set for Monday, January 22, 2019 at 10:00 a.m. before the Honorable Dale A. Drozd be continued to Monday, February 25, 2019, at 10:00 a.m.

IT IS SO ORDERED.

Dated: __**December 20, 2018**__   _Dale A. Drozd_
UNITED STATES DISTRICT JUDGE

2